**No. 09-1432. Sabel H. Bbela, Petitioner v. Microsoft Corporation.**

562 U.S. 833, 131 S. Ct. 127, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6594.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 150 Wash. App. 1003.